# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENUS TERRIE GIDEON<br><br>        Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,[1]  Acting Commissioner of Social Security.<br><br>        Defendant. | Case No.: 1:14-cv-00628-BAM<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties (Doc. 15), IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include January 23, 2015(Doc. 5), in which to file Plaintiff's Opening Brief. All other deadlines set forth in the April 30, 2014 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **January 6, 2015**                              /s/ Barbara A. McAuliffe
                                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted in as a defendant in this case in place of Commissioner Michael J. Astrue.

-1-